**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO: 0:20-cv-60945-WPD**

EDGAR RONALDO ALVAREZ
GUTIERREZ,

        Plaintiff,

  v.

FOOD BAZAAR INTERNATIONAL, INC.,
d/b/a BAZAAR SUPERMARKET AND
JUAN F. ESPINAL

        Defendants.

**JOINT NOTICE OF SETTLEMENT AND MOTION TO REQUEST**
**SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE AND**
**STAY OF PENDING CASE MANAGEMENT DEADLINES**

Defendants, Food Bazaar International, Inc. d/b/a Bazaar Supermarket ("**Food Bazaar**") and Juan F. Espinal ("**Espinal**"), (collectively "**Defendants**") and Plaintiff Edgar Ronaldo Alvarez Gutierrez jointly file this notice of settlement and request a (i) settlement conference before the Magistrate Judge Snow to approve the settlement terms and assist in finalization of terms, and (ii) stay of all pending Case Management deadlines set forth in this Court's Order [DE 20]. **The parties do not seek an extension or change of the trial date.**

**INTRODUCTION**

Plaintiff and Defendants jointly advise the Court that on April 23, 2021 the parties reached a settlement in principle of all claims and issues pending before this Court. The Parties are preparing settlement documents and anticipate engaging in a settlement conference before the Magistrate Judge in order to approve the terms of the settlement agreement in compliance with

309632254.2

this Court's Notice to Parties in FLSA Cases [DE 9]. The Parties, therefore, request a settlement conference before Magistrate Judge Snow in this case and request that all pending deadlines be stayed for thirty (30) days pending completion of the settlement papers.

## ARGUMENT

Southern District of Florida Local Rule 7.1.A.1 provides that motions for extension of time may be filed without memoranda of law provided that "the good cause supporting" the request for extension is set forth in the motion.

This Joint Motion is filed in good faith and not for the purpose of delay. The granting of this Joint Motion will neither prejudice any party nor delay the resolution of this controversy since a settlement has been reached and the parties simply are completing the necessary settlement papers. Under the liberal standards of the Federal Rules of Civil Procedure, the parties respectfully submit that good cause exists (i.e., a settlement has been reached in principle) for the granting of this Joint Motion, and the Court should thus exercise its broad discretion to grant the parties' request for an enlargement of time.

The Parties request that the stay be put into effect for thirty (30) days while the Parties finalize the terms of a settlement agreement and engage in a settlement conference before Judge Snow in order to approve the settlement agreement. If the settlement agreement is not completed by the thirty (30) day deadline, the parties propose modifications to the existing deadlines as follows:

**Current & Proposed Case Management Deadlines**

| DEADLINE | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Substantive Pretrial Motions | 5.3.21 | 6.11.21 |

| | | |
|---|---|---|
| Daubert Motions | 5.27.21 | 7.2.21 |
| Mediation Cutoff | 5.27.21 | Completed |
| Mandatory Pretrial Stipulation | 7.9.21 | No Change |
| Motion in Limine | 7.9.21 | No Change |
| Responses to Motions in Limine | 7.16.21 | No Change |
| Jury Instructions or Proposed Findings & Conclusions | 7.16.21 | No Change |
| Voir Dire Questions | Calendar Call | No Change |
| Exhibit List for Court | First Day of Trial (impeachment excepted) | |
| Witness List for Court | First Day of Trial (impeachment excepted) | |

The proposed would allow the Parties' to expend litigation costs on resolving the dispute rather than filing dispositive motions. As noted previously, the proposed modifications would not extend the trial date.

## **CONCLUSION**

**WHEREFORE,** the parties respectfully request that this Court enter an Order: (1) staying all deadlines set forth in the Scheduling Orders [DE 20] for thirty (30) days; (2) referring the case to a settlement conference before the Magistrate Judge Snow in order to approve the settlement agreement; and (3) granting such other and further relief as the Court deems just and proper.

Dated: Miami, Florida
      April 28, 2021

Respectfully submitted,

*/s/ Sergio R. Casiano, Jr.*
Sergio R. Casiano, Jr.
Florida Bar No. 457302
ergioc@mkrs.com
**MKRS LAW, PL**
201 Alhambra Circle, Suite 802
Coral Gables, FL 33134
Telephone: (305) 446-5228
Facsimile: (305) 446-7110

C. Mitchell Barrenechea
Florida Bar No. 105722
mitchell@mb-attorney.com
**MITCHELL BARRENCHEA, P.A.**
333 Las Olas Way, cU#327
Fort Lauderdale, FL 33301
Telephone: (954) 281-7220
Facsimile: (954) 337-3224

*Attorneys for Plaintiff*

*/s/ April L. Boyer*
April Boyer
Florida Bar No. 0168335
april.boyer@klgates.com
Rio Gonzalez
Florida Bar No. 1023389
rio.gonzalez@klgates.com
**K&L GATES LLP**
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, Florida 33131
Telephone: 305.539.3300
Facsimile: 305.358.7095

*Attorneys for Defendants*

- 4 -

309632254.2

- 5 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served via CM/ECF on all counsel of record on the following Service List this 28th day of April 2021.

                                                          */s/ April Boyer*
                                                          April Boyer

## SERVICE LIST

Sergio R. Casiano, Jr., Esquire
sergioc@mkrs.com
MKRS LAW, PL
201 Alhambra Circle, Suite 802
Coral Gables, FL 33134
Telephone: (305) 446-5228
Facsimile: (305) 446-7110

*Counsel for Plaintiff*


C. Mitchell Barrenechea, Esquire
mitchell@mb-attorney.com
MITCHELL BARRENCHEA, P.A.
333 Las Olas Way, cU#327
Fort Lauderdale, FL 33301
Telephone: (954) 281-7220
Facsimile:  (954) 337-3224

*Co-counsel for Plaintiff*