UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60945-CIV-DIMITROULEAS

EDGAR RONALDO ALVAREZ GUTIERREZ.,
Individually and on behalf of all others similarly situated,

    Plaintiff,
vs.

FOOD BAZAAR INTERNATIONAL, INC., ,
a Florida corporation d/b/a Bazaar Supermarket and
JUAN ESPINAL, individually,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the Joint Motion for Approval of Settlement Agreement [DE 39] ("Joint Motion"). The Court has reviewed the Joint Motion, the Settlement Agreement [DE 39-1] attached thereto, and is otherwise fully advised in the premises.

Having reviewed the relevant terms of the Settlement, the Court approves the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *See Lynn's Food Stores, Inc. v. U.S. Dep't. of Labor,* 679 F.2d 1350, 1355 (11th Cir.1982).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

**1.** The Joint Motion [DE 39] is **GRANTED**;

2. The Parties' Settlement Agreement [DE 39-1] is hereby **APPROVED**;

3. This case is **DISMISSED WITH PREJUDICE;**

4. The Court retains jurisdiction solely to enforce the terms of the settlement agreement;

5. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of May, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record